IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                             CASE NO. 4:01-CR-40003

LIONEL TIDWELL                                                              DEFENDANT

## ORDER

Before the Court is a Motion for Issuance of Nunc Pro Tunc Designation. (ECF No. 38). Defendant Lionel Tidwell is seeking credit against his sentence for time spent in presentence custody. This issue has already been addressed by the Court in its June 7, 2006 Order Adopting Report and Recommendations, in which the Court directed Tidwell to file this request as an appropriate motion under 28 U.S.C. § 2241 in the district where he is confined, in the United States Court for the District of Columbia, or in any district where the Bureau of Prisons maintains a regional office. (ECF Nos. 36 and 37). The United States Bureau of Prisons is the entity that determines when a federal sentence commences and whether a defendant should receive credit for time spent in custody. *See U.S. v. Iversen*, 90 F.3d 1340, 1344-45, (8th Cir. 1996). Administrative procedures exist within the Bureau of Prisons to review the Bureau's failure to credit the time Defendant has served. *See Rogers v. U.S.*, 180 F.3d 349, 358 (1st Cir. 1999). Once these administrative remedies are exhausted, prisoners may then seek judicial review of any jail-time credit determination by filing a habeas petition under 28 U.S.C. § 2241. *Id*. In this case, it appears that Tidwell had not yet exhausted his administrative remedies when he filed the present motion.

Nevertheless, since Defendant filed the motion, he has been released from prison.[1] Accordingly, the Court finds that Defendant's Motion for Issuance of Nunc Pro Tunc Designation (ECF No. 38) should be and hereby is **DENIED AS MOOT**.

IT IS SO ORDERED, this 9th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge

---

[1] It appears that Tidwell was released from prison on August 23, 2010.