IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                       CASE NO. 4:01-cr-40003-01

LIONEL TIDWELL                                                        DEFENDANT

**ORDER**

Before the Court is Defendant Lionel Tidwell's Motion for Early Termination of Supervised Release. (ECF No. 43). The Government has responded. (ECF No. 44). After careful consideration, the motion will be granted.

Defendant was convicted in 2001 of a drug trafficking offense and was sentenced to a term of imprisonment for 125 months and a term of supervised release for sixty (60) months. Defendant has served his term of imprisonment and is currently serving out his term of supervised release. In support of his motion, Defendant states that he has served thirty (30) months[1] of supervised release, has stable family relationships, has paid his special assessment, and has no outstanding financial obligations to the Court. He further states that he has maintained steady employment and has been taking classes offered by the University of Phoenix.

The United States Probation Office ("USPO") reports that, in May 2012, Defendant was sentenced in state court to misdemeanor fleeing and was placed on one year of probation, which he completed in May 2013. The USPO notes that, since his release from prison, Defendant has maintained stable housing with his cousin in Little Rock, Arkansas, and has maintained stable employment with a concrete company in Conway. Defendant's employer speaks highly of him

---

[1] As of the date of this order, Defendant has served over forty (40) months of supervised release.

1

and has moved him to a supervisory position.  Finally, the USPO reports that all of Defendant's drug screens have been negative, Defendant has completed seventy-two (72) hours of study at the University of Phoenix, and Defendant has stayed in contact with his probation officer.

The United States objects to early termination of Defendant's supervised release, noting the serious nature of the offense for which Defendant was convicted and the fact that he has only completed approximately one-half of his term of supervised release.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable.  Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.  Upon consideration of the factors listed above, the Court finds that Defendant's motion (ECF No. 43) should be and hereby is **GRANTED** based on Defendant's good conduct and in the interest of justice.  The Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 17th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge